| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| NVP | 000134 | 200000 | | 0000490027 | 1 |

# EARNINGS STATEMENT 

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Period Beginning: 11/17/2019
Period Ending: 11/30/2019
Pay Date: 12/06/2019

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

TERESA SHAAK
747 S 4TH AVE
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0200 | 56.50 | 1,470.13 | 37,886.91 |
| Holiday | 26.0200 | 14.00 | 364.28 | 1,810.76 |
| Overtime | | | | 1,814.90 |
| Birthday | | | | 182.14 |
| Personal | | | | 364.28 |
| Sick | | | | 702.54 |
| Vacation | | | | 3,455.34 |
| **Gross Pay** | | | **$1,834.41** | 46,216.87 |

Your federal taxable wages this period are $1,834.41

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -73.45 | 1,876.08 |
| | Social Security Tax | -113.74 | 2,865.45 |
| | Medicare Tax | -26.59 | 670.14 |
| | PA State Income Tax | -56.32 | 1,418.92 |
| | Susquehanna Income Tax | -18.34 | 462.13 |
| | Susquehanna Local Svc Tax | -2.00 | 48.00 |
| | PA SUI/SDI Tax | -1.10 | 27.73 |
| | **Other** | | |
| | Life | -13.29 | 184.18 |
| | **Net Pay** | **$1,529.58** | |
| | Checking 1 | -854.58 | |
| | Checking 2 | -600.00 | |
| | Checking 3 | -75.00 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

---

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Advice number: 00000490027
Pay date: 12/06/2019

**THIS IS NOT A CHECK**

Deposited to the account of
TERESA SHAAK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7136 | xxxx xxxx | $854.58 |
| xxxxxx2233 | xxxx xxxx | $600.00 |
| xxxxxx6904 | xxxx xxxx | $75.00 |

# NON-NEGOTIABLE

| | | | | | | |
|---|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 | |
| NVP | 000134 | 200000 | | 0000470027 | | 1 |

# Earnings Statement



MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG  PA  17110

Period Beginning:  11/03/2019
Period Ending:  11/16/2019
Pay Date:  11/22/2019

Taxable Marital Status:
  Federal:  Married

Exemptions/Allowances:
  Federal:  4

TERESA  SHAAK
747 S 4TH AVE
LEBANON  PA  17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0200 | 56.00 | 1,457.12 | 36,416.78 |
| Vacation | 26.0200 | 14.00 | 364.28 | 3,455.34 |
| Overtime | | | | 1,814.90 |
| Birthday | | | | 182.14 |
| Holiday | | | | 1,446.48 |
| Personal | | | | 364.28 |
| Sick | | | | 702.54 |
| **Gross Pay** | | | **$1,821.40** | 44,382.46 |

Your federal taxable wages this period are
$1,821.40

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.15 | 1,802.63 |
| | Social Security Tax | -112.92 | 2,751.71 |
| | Medicare Tax | -26.41 | 643.55 |
| | PA State Income Tax | -55.92 | 1,362.60 |
| | Susquehanna Income Tax | -18.21 | 443.79 |
| | Susquehanna Local Svc Tax | -2.00 | 46.00 |
| | PA SUI/SDI Tax | -1.09 | 26.63 |
| **Other** | | | |
| | Life | -7.43 | 170.89 |
| **Net Pay** | | **$1,525.27** | |
| | Checking 1 | -850.27 | |
| | Checking 2 | -600.00 | |
| | Checking 3 | -75.00 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG  PA  17110

Advice number:  00000470027
Pay date:  11/22/2019

*THIS IS NOT A CHECK*

Deposited to the account of
TERESA  SHAAK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7136 | xxxx xxxx | $850.27 |
| xxxxxx2233 | xxxx xxxx | $600.00 |
| xxxxxx6904 | xxxx xxxx | $75.00 |

# NON-NEGOTIABLE

| | | | | | | |
|---|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 | |
| NVP | 000134 | 200000 | | 0000450027 | 1 | |

# Earnings Statement 

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Period Beginning: 10/20/2019
Period Ending: 11/02/2019
Pay Date: 11/08/2019

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

TERESA SHAAK
747 S 4TH AVE
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0200 | 59.00 | 1,535.18 | 34,959.66 |
| Personal | 26.0200 | 10.50 | 273.21 | 364.28 |
| Vacation | 26.0200 | 7.00 | 182.14 | 3,091.06 |
| Overtime | | | | 1,814.90 |
| Birthday | | | | 182.14 |
| Holiday | | | | 1,446.48 |
| Sick | | | | 702.54 |
| **Gross Pay** | | | **$1,990.53** | 42,561.06 |

Your federal taxable wages this period are $1,990.53

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.95 | 1,730.48 |
| | Social Security Tax | -123.42 | 2,638.79 |
| | Medicare Tax | -28.87 | 617.14 |
| | PA State Income Tax | -61.11 | 1,306.68 |
| | Susquehanna Income Tax | -19.91 | 425.58 |
| | Susquehanna Local Svc Tax | -2.00 | 44.00 |
| | PA SUI/SDI Tax | -1.20 | 25.54 |
| | **Other** | | |
| | Life | -7.43 | 163.46 |
| | **Net Pay** | **$1,654.64** | |
| | Checking 1 | -979.64 | |
| | Checking 2 | -600.00 | |
| | Checking 3 | -75.00 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Advice number: 00000450027
Pay date: 11/08/2019

Deposited to the account of
TERESA SHAAK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7136 | xxxx xxxx | $979.64 |
| xxxxxx2233 | xxxx xxxx | $600.00 |
| xxxxxx6904 | xxxx xxxx | $75.00 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NVP | 000134 | 200000 | | 0000430027 | 052 1 |

# Earnings Statement



MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG   PA   17110

Period Ending:  10/19/2019
Pay Date:       10/25/2019

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   4

TERESA SHAAK
747 S 4TH AVE
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 26.0200 | 48.50 | 1,261.97 | 33,424.48 |
| Sick     | 26.0200 |   .50 |    13.01 |    702.54 |
| Vacation | 26.0200 | 21.00 |   546.42 |  2,908.92 |
| Overtime |         |       |          |  1,814.90 |
| Birthday |         |       |          |    182.14 |
| Holiday  |         |       |          |  1,446.48 |
| Personal |         |       |          |     91.07 |
| **Gross Pay** | | | **$1,821.40** | 40,570.53 |

Your federal taxable wages this period are
$1,821.40

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:     Single
Exemptions/Allowances:
  PA:     N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax     |  -72.15 | 1,638.53 |
| | Social Security Tax    | -112.92 | 2,515.37 |
| | Medicare Tax           |  -26.41 |   588.27 |
| | PA State Income Tax    |  -55.92 | 1,245.57 |
| | Susquehanna Income Tax |  -18.21 |   405.67 |
| | Susquehanna Local Svc Tax | -2.00 |   42.00 |
| | PA SUI/SDI Tax         |   -1.09 |    24.34 |
| **Other** | | | |
| | Life | -7.43 | 156.03 |
| **Net Pay** | | **$1,525.27** | |
| | Checking 1 | -850.27 | |
| | Checking 2 | -600.00 | |
| | Checking 3 |  -75.00 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

---

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG   PA   17110

Advice number:  00000430027
Pay date:       10/25/2019

Deposited to the account of
TERESA SHAAK

| | account number | transit | ABA | amount |
|---|---|---|---|---|
| | xxxxx7136  | xxxx | xxxx | $850.27 |
| | xxxxxx2233 | xxxx | xxxx | $600.00 |
| | xxxxx6904  | xxxx | xxxx |  $75.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| NVP | 000134 | 200000 | | 0000410027 | 1 |

# Earnings Statement 

MID-ATLANTIC NEWSPAPER SERVICES, INC  
3899 N FRONT STREET  
HARRISBURG   PA   17110

Period Ending:   10/05/2019  
Pay Date:   10/11/2019

Taxable Marital Status:  
  Federal:   Married

Exemptions/Allowances:  
  Federal:   4

TERESA SHAAK  
747 S 4TH AVE  
LEBANON   PA   17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0200 | 59.50 | 1,548.19 | 32,162.51 |
| Personal | 26.0200 | 3.50 | 91.07 | 91.07 |
| Vacation | 26.0200 | 7.00 | 182.14 | 2,362.50 |
| Overtime | | | | 1,814.90 |
| Birthday | | | | 182.14 |
| Holiday | | | | 1,446.48 |
| Sick | | | | 689.53 |
| **Gross Pay** | | | **$1,821.40** | 38,749.13 |

Your federal taxable wages this period are $1,821.40

**Important Notes**  
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:   Single  
Exemptions/Allowances:  
  PA:   N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.15 | 1,566.38 |
| | Social Security Tax | -112.93 | 2,402.45 |
| | Medicare Tax | -26.41 | 561.86 |
| | PA State Income Tax | -55.92 | 1,189.65 |
| | Susquehanna Income Tax | -18.21 | 387.46 |
| | Susquehanna Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.09 | 23.25 |
| | **Other** | | |
| | Life | -7.43 | 148.60 |
| | **Net Pay** | **$1,525.26** | |
| | Checking 1 | -850.26 | |
| | Checking 2 | -600.00 | |
| | Checking 3 | -75.00 | |
| | **Net Check** | **$0.00** | |

---

MID-ATLANTIC NEWSPAPER SERVICES, INC  
3899 N FRONT STREET  
HARRISBURG   PA   17110

Advice number:   00000410027  
Pay date:   10/11/2019

Deposited to the account of  
TERESA SHAAK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7136 | xxxx  xxxx | $850.26 |
| xxxxxx2233 | xxxx  xxxx | $600.00 |
| xxxxxx6904 | xxxx  xxxx | $75.00 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

© 2000 ADP, LLC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| NVP | 000134 | 200000 | | 0000390027 | 1 |

# Earnings Statement

**ADP**

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Period Ending: 09/21/2019
Pay Date: 09/27/2019

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 4

TERESA SHAAK
747 S 4TH AVE
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0200 | 74.00 | 1,925.48 | 30,614.32 |
| Overtime | 39.0300 | 5.00 | 195.15 | 1,814.90 |
| Sick | 26.0200 | 1.00 | 26.02 | 689.53 |
| Vacation | 26.0200 | 3.50 | 91.07 | 2,180.36 |
| Birthday | | | | 182.14 |
| Holiday | | | | 1,446.48 |
| **Gross Pay** | | | **$2,237.72** | 36,927.73 |

Your federal taxable wages this period are $2,237.72

### Additional Tax Withholding Information

Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: N/A

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -121.62 | 1,494.23 |
| Social Security Tax | -138.74 | 2,289.52 |
| Medicare Tax | -32.44 | 535.45 |
| PA State Income Tax | -68.70 | 1,133.73 |
| Susquehanna Income Tax | -22.38 | 369.25 |
| Susquehanna Local Svc Tax | -2.00 | 38.00 |
| PA SUI/SDI Tax | -1.35 | 22.16 |

Other
| | | |
|---|---|---|
| Life | -7.43 | 141.17 |

| **Net Pay** | **$1,843.06** |
|---|---|
| Checking 1 | -1,168.06 |
| Checking 2 | -600.00 |
| Checking 3 | -75.00 |
| **Net Check** | **$0.00** |

© 2000 ADP, LLC

---

MID-ATLANTIC NEWSPAPER SERVICES, INC
3899 N FRONT STREET
HARRISBURG PA 17110

Advice number: 00000390027
Pay date: 09/27/2019

Deposited to the account of
TERESA SHAAK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7136 | xxxx xxxx | $1,168.06 |
| xxxxxx2233 | xxxx xxxx | $600.00 |
| xxxxxx6904 | xxxx xxxx | $75.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**