UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TERESA M SHAAK | CASE NO: 19-05364 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/28/2020, I did cause a copy of the following documents, described below,

1st amended plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/28/2020

/s/ John M. Hyams
John M. Hyams
Law Offices of John M Hyams
2023 N. 2nd Street
Harrisburg, PA 17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERESA M SHAAK

CASE NO: 19-05364

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 2/28/2020, a copy of the following documents, described below,

1st amended plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/28/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M Hyams
2023 N. 2nd Street
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AMERICAN EXPRESS NATIONAL BANK | AMERICOLLECT INC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141 | CO BECKET AND LEE LLP | PO BOX 1505 |
| CASE 1-19-BK-05364-HWV | PO BOX 3001 | MANITOWOC WI 54221-1505 |
| MIDDLE DISTRICT OF PENNSYLVANIA | MALVERN PA 19355-0701 | |
| HARRISBURG | | |
| FRI FEB 28 14-49-15 EST 2020 | | |

| AMEX | BUREAU OF EMPLOYER TAX OPERATIONS | CREDIT FIRST NA |
|---|---|---|
| CORRESPONDENCEBANKRUPTCY | PO BOX 68568 | PO BOX 818011 |
| PO BOX 981540 | HARRISBURG PA 17106-8568 | CLEVELAND OH 44181-8011 |
| EL PASO TX 79998-1540 | | |

| CAPITAL ONE | CAPITAL ONE BANK USA NA | CAPITAL ONE NA |
|---|---|---|
| ATTN BANKRUPTCY | BY AMERICAN INFOSOURCE AS AGENT | CO BECKET AND LEE LLP |
| PO BOX 30285 | PO BOX 71083 | PO BOX 3001 |
| SALT LAKE CITY UT 84130-0285 | CHARLOTTE NC 28272-1083 | MALVERN PA 19355-0701 |

| CCBTOGSHOP | COMENITY BANK  THE LIMITED | COMENITY BANKANN TAYLOR |
|---|---|---|
| PO BOX 182120 | ATTN BANKRUPTCY | ATTN BANKRUPTCY DEPT |
| COLUMBUS OH 43218-2120 | PO BOX 182125 | PO BOX 182125 |
| | COLUMBUS OH 43218-2125 | COLUMBUS OH 43218-2125 |

| COMENITY BANKBLAIR | COMENITY BANKCHADWICKS | COMENITY BANKPOTTERY BARN |
|---|---|---|
| ATTN BANKRUPTCY | ATTN BANKRUPTCY | ATTN BANKRUPTCY |
| PO BOX 182125 | PO BOX 182125 | PO BOX 182125 |
| COLUMBUS OH 43218-2125 | COLUMBUS OH 43218-2125 | COLUMBUS OH 43218-2125 |

| COMENITY BANKJ CREW | COMENITYCBTHE TOG SHO | CONTINENTAL FINANCE CO |
|---|---|---|
| ATTN BANKRUPTCY | ATTN BANKRUPTCY | PO BOX 8099 |
| PO BOX 182125 | PO BOX 182125 | NEWARK DE 19714-8099 |
| COLUMBUS OH 43218-2125 | COLUMBUS OH 43218-2125 | |

| CREDIT FIRST NATIONAL ASSOCIATION | CREDIT ONE BANK | CHARLES J DEHART III TRUSTEE |
|---|---|---|
| ATTN BANKRUPTCY | ATTN BANKRUPTCY DEPARTMENT | 8125 ADAMS DRIVE SUITE A |
| PO BOX 81315 | PO BOX 98873 | HUMMELSTOWN PA 17036-8625 |
| CLEVELAND OH 44181-0315 | LAS VEGAS NV 89193-8873 | |

| DISCOVER BANK | DISCOVER FINANCIAL SERVICES LLC | FIRST PREMIER BANK |
|---|---|---|
| DISCOVER PRODUCTS INC | PO BOX 3025 | ATTN BANKRUPTCY |
| PO BOX 3025 | NEW ALBANY OH 43054-3025 | PO BOX 5524 |
| NEW ALBANY OH 43054-3025 | | SIOUX FALLS SD 57117-5524 |

| FIRST SAVINGS CREDIT CARD | GENESIS BANKCARD SERVICES | GENESIS BCCELTIC BANK |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | ATTN BANKRUPTCY DEPARTMENT | ATTN BANKRUPTCY |
| PO BOX 5019 | PO BOX 4477 | PO BOX 4477 |
| SIOUX FALLS SD 57117-5019 | BEAVERTON OR 97076-4401 | BEAVERTON OR 97076-4401 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MERRICK BANKCARDWORKS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | NATIONAL RECOVERY AGENCY<br>ATTN BANKRUPTCY<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NORDSTROM FSB<br>13531 E CALEY AVE<br>ENGLEWOOD CO 80111-6505 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| P S E C U<br>PO BOX 1006<br>HARRISBURG PA 17108-1006 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENN STATE HEALTH MILTON S HERSHEY<br>LEGAL BANKRUPTCY<br>PO BOX 854 MAIL CODE A410<br>HERSHEY PA 17033-0854 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | ~~EXCLUDE~~<br>~~TERESA M SHAAK~~<br>~~747 S FOURTH AVE~~<br>~~LEBANON PA 17042-7650~~ |
| SYNCBPPC<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANK JC PENNEYS<br>ATTN BANKRUPTCY<br>PO BOX 956060<br>ORLANDO FL 32896-0001 |
| SYNCHRONY BANKAMAZON<br>PO BOX 965015<br>ORLANDO FL 32896-5015 | SYNCHRONY BANKBANANA REPUBLIC<br>ATTN BANKRUPTCY<br>PO BOX 105972<br>ATLANTA GA 30348-5972 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TD BANK USA NA
C O WEINSTEIN  RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

TARGET
PO BOX 673
MINNEAPOLIS MN 55440-0673

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541