# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Theresa M Shaak

                              Case No.: 1-19-05364HWV

                                    Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Midfirst Bank |
| Court Claim Number: | 18 |
| Last Four of Loan Number: | 1735 |
| Property Address if applicable: | 747 S Fourth Ave |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,490.06 |
| b. | Prepetition arrearages paid by the trustee: | $1,490.06 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $836.53 |
| f. | Postpetition arrearage paid by the trustee: | $836.53 |
| g. | Total b, d, and f: | $2,326.59 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 23, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Theresa M Shaak

Case No.: 1-18-01843HWV
Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 23, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esq
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Theresa M Shaak
747 S Fourth Ave
Lebanon PA 17042

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 23, 2023

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

## Disbursements for Claim

**Case:** 19-05364    **TERESA M SHAAK**

MIDFIRST BANK
999 NORTHWEST GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK  73

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 747 S 4th Street - POST-ARRE

ARREARS - 747 S 4TH STREET

|              |        | Debt: | $836.53 | Interest Paid: | $0.00 |
|--------------|--------|-------|---------|----------------|-------|
| Amt Sched:   | $0.00  |       |         | Accrued Int:   | $0.00 |
| Amt Due:     | $0.00  | Paid: | $836.53 | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| **5210** | **MIDFIRST BANK** | | | | | | | |
| 521-0 | MIDFIRST BANK | | 02/15/2023 | 2021970 | $14.55 | $0.00 | $14.55 | |
| 521-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $118.06 | $0.00 | $118.06 | |
| 521-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $118.05 | $0.00 | $118.05 | 12/22/2022 |
| 521-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $118.06 | $0.00 | $118.06 | 12/08/2022 |
| 521-0 | MIDFIRST BANK | | 10/18/2022 | 2017971 | $124.54 | $0.00 | $124.54 | 10/27/2022 |
| 521-0 | MIDFIRST BANK | | 09/13/2022 | 2016922 | $124.52 | $0.00 | $124.52 | 09/22/2022 |
| 521-0 | MIDFIRST BANK | | 08/17/2022 | 2015895 | $124.54 | $0.00 | $124.54 | 08/25/2022 |
| 521-0 | MIDFIRST BANK | | 07/13/2022 | 2014834 | $94.21 | $0.00 | $94.21 | 07/25/2022 |
| | | | | Sub-totals: | $836.53 | $0.00 | $836.53 | |
| | | | | Grand Total: | $836.53 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-05364    **TERESA M SHAAK**

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK   73

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 747 S 4th Street - PRE-ARREA

ARREARS - 747 S 4TH STREET

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $90,829.00 | Debt: $1,490.06 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $1,490.06 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 02/15/2023 | 2021970 | $25.91 | $0.00 | $25.91 | |
| 520-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $210.29 | $0.00 | $210.29 | |
| 520-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $210.30 | $0.00 | $210.30 | 12/22/2022 |
| 520-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $210.29 | $0.00 | $210.29 | 12/08/2022 |
| 520-0 | MIDFIRST BANK | | 10/18/2022 | 2017971 | $221.81 | $0.00 | $221.81 | 10/27/2022 |
| 520-0 | MIDFIRST BANK | | 09/13/2022 | 2016922 | $221.83 | $0.00 | $221.83 | 09/22/2022 |
| 520-0 | MIDFIRST BANK | | 08/17/2022 | 2015895 | $221.81 | $0.00 | $221.81 | 08/25/2022 |
| 520-0 | MIDFIRST BANK | | 07/13/2022 | 2014834 | $167.82 | $0.00 | $167.82 | 07/25/2022 |
| | | | | Sub-totals: | $1,490.06 | $0.00 | $1,490.06 | |
| | | | | Grand Total: | $1,490.06 | $0.00 | | |