United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                               Case No. 19-05364-HWV

Teresa M Shaak                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                      Page 1 of 4
Date Rcvd: Feb 21, 2023                              Form ID: 3180W                                 Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teresa M Shaak, 747 S. Fourth Ave., LEBANON, PA 17042-7658 |
| 5283366 | + | Ccb/togshop, Po Box 182120, Columbus, OH 43218-2120 |
| 5283400 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5283389 | + | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 5283390 | | Penn State Health Milton S. Hershey, Legal/ Bankruptcy, P.O. Box 854, Mail Code A410, Hershey, PA 17033-0854 |
| 5283403 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 22 2023 00:14:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 22 2023 00:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5298010 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 19:20:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5283363 | | Email/Text: ebn@americollect.com | Feb 21 2023 19:14:00 | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 5283364 | + | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 19:20:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5283374 | | Email/Text: cfcbackoffice@contfinco.com | Feb 21 2023 19:14:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 5289487 | + | EDI: CRFRSTNA.COM | Feb 22 2023 00:14:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5283365 | + | EDI: CAPITALONE.COM | Feb 22 2023 00:14:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5290239 | | EDI: CAPITALONE.COM | Feb 22 2023 00:14:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5293516 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 19:20:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5283367 | + | EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5283368 | + | EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5283369 | + | EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5283370 | + | EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity Bank/Chadwicks, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 5283372 | + EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5283371 | + EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5283373 | + EDI: WFNNB.COM | Feb 22 2023 00:14:00 | Comenitycb/the Tog Sho, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5283375 | + EDI: CRFRSTNA.COM | Feb 22 2023 00:14:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5283376 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2023 19:20:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5283398 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 21 2023 19:14:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5283377 | EDI: DISCOVER.COM | Feb 22 2023 00:14:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5285126 | EDI: DISCOVER.COM | Feb 22 2023 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5283379 | Email/Text: BNSFS@capitalsvcs.com | Feb 21 2023 19:14:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 5283378 | + EDI: AMINFOFP.COM | Feb 22 2023 00:14:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5283380 | + EDI: PHINGENESIS | Feb 22 2023 00:14:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, Po Box 4477, Beaverton, OR 97076-4401 |
| 5283381 | + EDI: PHINGENESIS | Feb 22 2023 00:14:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5283382 | EDI: IRS.COM | Feb 22 2023 00:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5283383 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 21 2023 19:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5303540 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5288926 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 21 2023 19:20:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5283384 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 21 2023 19:20:18 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5317047 | + EDI: AISMIDFIRST | Feb 22 2023 00:14:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5317046 | + EDI: AISMIDFIRST | Feb 22 2023 00:14:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5283385 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2023 19:14:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5283386 | + Email/Text: Bankruptcies@nragroup.com | Feb 21 2023 19:14:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5302691 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2023 19:14:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5283387 | + Email/Text: bnc@nordstrom.com | Feb 21 2023 19:14:30 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 5283388 | + EDI: AGFINANCE.COM | Feb 22 2023 00:14:00 | OneMain Financial, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3251, Evansville, IN 47731-3251 |
| 5283402 | | EDI: PENNDEPTREV | Feb 22 2023 00:14:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5283402 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2023 19:14:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5509142 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5509143 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5295864 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299004 | + | EDI: JEFFERSONCAP.COM | Feb 22 2023 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5302127 | | EDI: Q3G.COM | Feb 22 2023 00:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5302128 | | EDI: Q3G.COM | Feb 22 2023 00:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5283391 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5283978 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5283393 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 5283394 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5283395 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 105972, Atlanta, GA 30348-5972 |
| 5283396 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5304435 | + | Email/Text: bncmail@w-legal.com | Feb 21 2023 19:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5283397 | + | EDI: WTRRNBANK.COM | Feb 22 2023 00:14:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 5283401 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 21 2023 19:14:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5283392 | | Syncb/walmart |
| 5283399 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5303137 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| John Matthew Hyams | on behalf of Debtor 1 Teresa M Shaak jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Teresa M Shaak<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2035<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-05364-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Teresa M Shaak

2/21/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**